# Third District Court of Appeal

## State of Florida

Opinion filed December 23, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1472
Lower Tribunal No. 16-32314
_____

## Lekoke Wines and Bites, Inc., et al.,
Appellants,

vs.

## West Brickell Properties II, LLC,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Barbara D. Cass, for appellants.

RHF Law Firm, LLC, and Robert H. Fernandez; Darius Asly, for appellee.

Before SCALES, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.